UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24463-Civ-COOKE

MIRIAM CASTELLANOS, and
others similarly situated,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. d/b/a
DD'S DISCOUNTS and MICHAEL
O'SULLIVAN, individually,

    Defendants.
_____/

## ORDER COMPELLING ARBITRATION

THIS CASE is before me on the parties' Agreed Motion to Compel Arbitration and Dismiss Case (ECF No. 6). I have reviewed the Motion, the record, and relevant legal authorities.

It is hereby **ORDERED and ADJUDGED** that the parties' Agreed Motion to Compel Arbitration and Dismiss Case (ECF No. 6) is **GRANTED**. The parties shall submit to binding arbitration and this case shall be **DISMISSED**. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of December 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*